IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LESLIE LYLE CAMICK,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 17-1286-EFM-GEB |
| **E.A. WATTLEY,** | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2) and the Affidavit of Financial Status filed as a supplement in support of his Motion (ECF No. 7). For the reasons outlined below, Plaintiff's Motion **(ECF No. 2)** is **GRANTED**.

Under 28 U.S.C. § 1915(a), the Court has the discretion[1] to authorize the filing of a civil case "without prepayment of fees or security thereof, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security thereof." "Proceeding *in forma pauperis* in a civil case 'is a privilege, not a right—fundamental or otherwise.'"[2] After careful review of Plaintiff's attached affidavit of financial resources (ECF No. 2, sealed) and his supplemented Affidavit of Financial Status (ECF No. 7,

---

[1] *Barnett ex rel. Barnett v. Nw. Sch.*, No. 00-2499, 2000 WL 1909625, at *1 (D. Kan. Dec. 26, 2000) (citing *Cabrera v. Horgas*, 173 F.3d 863, at *1 (10th Cir. April 23, 1999)).
[2] *Id.* (quoting *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998)).

- 2 -

sealed), and the comparison of his monthly income to his monthly expenses, the Court finds he is financially unable to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* **(ECF No. 2)** is **GRANTED.** Because Plaintiff proceeds *in forma pauperis*, the clerk of the court shall take the appropriate steps to serve Defendant with the summons and Complaint as provided under 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 24th day of January, 2018.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge